IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY,   ) | |
|       ) | |
|    Plaintiff,   ) | |
|       ) | |
| vs.   ) | CIVIL ACTION FILE |
|       ) | |
| MARY JEAN SPIVEY, JOEL SPIVEY,   ) | NO. 5:09-CV-00049 |
| KYLE SPIVEY and RONNIE SPIVEY   ) | |
|       ) | |
|    Defendants.   ) | |
| _____) | |

### AMENDED SUGGESTION OF BANKRUPTCY AND STAY OF CLAIM AS TO TRANSFER OF HOUSTON COUNTY PROPERTY, ALL CLAIMS IN COUNTERCLAIM RELATED TO HOUSTON COUNTY TRANSFER AND GRANTS OF SECURITY INTERESTS BY DOUGLAS ASPHALT COMPANY TO MARY JEAN SPIVEY

PLEASE TAKE NOTICE that on December 2, 2009, an Involuntary Bankruptcy Petition was filed as to Douglas Asphalt Company in the United States Bankruptcy Court for the Southern District of Georgia, Waycross Division for relief under Chapter 7 of the United States Bankruptcy Code ("Bankruptcy Code") in the case more particularly styled as *In Re: Douglas Asphalt Company*, Case No. 09-51272.  A copy of the Involuntary Petition is attached hereto as Exhibit "A."  The case was subsequently converted to a Chapter 11 case.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 362 (a) of the Bankruptcy Code, the filing of the Involuntary Petition operates as a stay, applicable to all entities, of, among other things:

1. the commencement or continuation of all judicial, administrative or other actions or proceedings against Douglas Asphalt Company that were or could have been commenced before the Involuntary Petition was filed;

2. the commencement or continuation of all judicial, administrative or other actions or proceedings against Douglas Asphalt Company to recover any claims against Douglas Asphalt Company that arose before the Involuntary Petition was filed;

3. the enforcement of a judgment against Douglas Asphalt Company or against any property of Douglas Asphalt Company's bankruptcy Estate that had been obtained prior to the filing of the Involuntary Petition;

4. any act to obtain possession of property of or from Douglas Asphalt Company's bankruptcy Estate; and

5. any act to exercise control over property of Douglas Asphalt Company's bankruptcy Estate.

Plaintiff previously filed a Suggestion of Bankruptcy as to Count in the Amended Petition related to the transfer of the Houston County property only. [Doc. 19]. Plaintiff now amends its Suggestion of Bankruptcy to encompass: (1) the Count of the Amended Complaint related to the transfer of the Houston County property, see Section II.A of the Amended Petition to Enforce Judgment and Set Aside Fraudulent Conveyance (hereinafter "Petition"); (2) Douglas Asphalt Company's grant to Mary Jean Spivey of a security interest in "equipment, furniture, fixtures, accounts receivables and any and all tangible property of every kind" (*See* Petition at Section II.G, ¶ 62; UCC-1 attached to the Petition at Exhibit J); (3) Douglas Asphalt Company's grant to Mary Jean Spivey a security interest in "Judgments, Verdicts or Awards of any kind, obtained by Debtors . . ." (see Petition at Section II.G, ¶ 63; UCC-1 attached to the Petition at Exhibit K) and (4) all claims and contentions in Defendants' Counterclaim in any way related to the transfer of the Houston County property as that transfer is not a part of this action in light of the bankruptcy. These are the only matters in this action involving transfers by

Douglas Asphalt Company.  The Stay does not affect any of the other claims or contentions in this action.

Respectfully submitted, this 16th day of February, 2010.

    /s David A. Harris
Christina A. Craddock
Georgia Bar No. 192785
David A. Harris
Georgia Bar No. 668708

**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North
Suite 500
Atlanta, Georgia 30338-2668
770.391.9100
770.668.0878 Facsimile
e-mail:  cac@boviskyle.net
       dah@boviskyle.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION FILE |
| ) | |
| MARY JEAN SPIVEY, JOEL SPIVEY, ) | NO. 5:09-CV-00049 |
| KYLE SPIVEY and RONNIE SPIVEY ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the within and foregoing ***Amended Suggestion of Bankruptcy and Stay of Claim as to Transfer of Houston County Property, all Claims in Counterclaim Related to Houston County Transfer and Grants of Security Interests by Douglas Asphalt Company to Mary Jean Spivey*** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Brent J. Savage, Esq. | Kenneth E. Futch, Jr. |
| C. Dorian Britt, Esq. | The Futch Law Firm |
| Savage, Turner, Pinson & Karsman | 110 Screven Avenue |
| 304 East Bay Street | Waycross, GA 31501 |
| Savannah, Georgia 31401 | |

This 16th day of February, 2010.

s/David A. Harris
David A. Harris
Georgia Bar No. 668708

**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North
Suite 500
Atlanta, Georgia 30338-2668
770.391.9100
678.338.3931 Direct Line
770.668.0878 Facsimile
e-mail: dah@boviskyle.com